U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| LOCAL 710 HEALTH, WELFARE AND PENSION FUNDS,<br>                    Plaintiffs,<br>v.<br>W. WHITE EXPRESS, INC., an Illinois Corporation,      Defendant. | Case Number:<br>FILED: JUNE 24, 2008<br>08CV3610<br>JUDGE DOW JR<br>MAGISTRATE JUDGE KEYS<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LOCAL 710 HEALTH, WELFARE AND
PENSION FUNDS

| |
|---|
| NAME (Type or print)<br>ROBERT B. GREENBERG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Robert B. Greenberg |
| FIRM<br>ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. |
| STREET ADDRESS<br>200 West Jackson Boulevard, Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01047558 | TELEPHONE NUMBER<br>312-263-1500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |