AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

LOCAL 710 HEALTH, WELFARE AND
PENSION FUNDS,

    Plaintiffs,

v.

W. WHITE EXPRESS, INC., an Illinois
Corporation,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08CV3610
JUDGE DOW JR
MAGISTRATE JUDGE KEYS

TO: (Name and address of defendant)

    W. WHITE EXPRESS, INC., an Illinois Corporation
    c/o: John C. Kapitanek, Registered Agent
          7101 South Kostner
          Chicago, IL 60629

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    ROBERT B. GREENBERG
    ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
    200 West Jackson Boulevard - Suite 1900
    Chicago, Illinois 60606
    (312) 263-1500

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_[signature]_
(By) DEPUTY CLERK

June 24, 2008
Date

(BY) DEPUTY CLERK

| | | |
|---|---|---|
| ClientCaseID: ROBERT<br>Law Firm ID: ASHER | <br>*190462A* | CaseReturnDate: 7/26/08<br>Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08CV3610**

I, **LAMONT W. LEE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **W. WHITE EXPRESS, INC.**
PERSON SERVED **JOHN C. KAPITANEK-RA**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **7/2/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

Sex MALE   Race WHITE   Age 60
Height 5'9   Build HEAVY   Hair GREY

LOCATION OF SERVICE **7101 SOUTH KOSTNER CHICAGO, IL, 60629**

Date Of Service **7/2/08**   Time of Service **11:02 AM**

LAMONT W. LEE                               7/2/2008
**Special Process Server**
P.E.R.C.#129-210256

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.